UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-CV-61179-RAR

**FANNY B. MILLSTEIN**,

    Plaintiff,

v.

**ERIC HOLTZ**, *et al.*,

    Defendants.
_____/

## ORDER TO SHOW CAUSE

**THIS CAUSE** comes before the Court upon *sua sponte* review of the record. On August 23, 2021, the Court ordered the parties to select a mediator certified under Local Rule 16.2, as well as schedule a time, date, and place for mediation on or before September 13, 2021. *See* Scheduling Order [ECF No. 52]. The date for compliance has passed and, to date, the parties have not scheduled a time, date, and place for mediation. It is therefore

**ORDERED AND ADJUDGED** that on or before **September 22, 2021**, the parties shall comply with the requirements of the August 23rd Order or show cause as to why sanctions should not be imposed.

**DONE AND ORDERED** in Fort Lauderdale, Florida this 15th day of September, 2021.

_____
**RODOLFO A. RUIZ II**
**UNITED STATES DISTRICT JUDGE**